UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Fernando Tirado-Montoya,<br><br>　　　　　　　Defendant. | CASE NO.:  25CR1363-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING** |

　　　Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for September 12, 2025, be continue to **October 17, 2025, at 1:30 p.m.**   Defendant shall file an acknowledgment of the new hearing date within one week of this order.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as pursuant to 18 U.S.C. § 3161(h)(1)(D).

　　　IT IS SO ORDERED.

Dated:  August 29, 2025

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge